**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-48-03T **DATE**: June 17, 2005
**TITLE OF CASE:** USA v. Marvin Heldeman

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Angela Reynolds**
**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Luis M. Matos, AUSA

Defendant: John A MacDonald, Esq.
Ronald Kliegerman, Esq.

Probation: Michael Perry

---

**PROCEEDINGS:** **Sentencing on Remand**

June 17, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. Defendant argues as to their re-sentencing recommendations. Government responds/argues ; makes sentencing recommendation. Defendant responds. Defendant allocutes. Court sentences the defendant to 40 months as to Counts 1-24 to be served concurrently with each other followed by 3 years supervised release. As a condition of supervised release defendant shall pay his fine of $90,000.00 which by agreement of all parties has been paid, make restitution in the amount of $19,351.51 to Blue Cross/Blue Shield of RI which by agreement has been paid. Defendant must forfeit his interest in the property located at 201 West 70th Street, Apt. 28E, New York, New York, 10023, which by agreement has been forfeited. Defendant must complete 150 hours of community service. Defendant must pay a special assessment of $100.00 per count, totaling $2,400.00, which by agreement has been paid.

Recess