United States District Court District of Rhode Island

# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

RECEIVED
MAY 10 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***Case No. CR03-95T***

***To:*** ***Warden***
***USP Canaan***
***Waymart, PA 18472***

YOU ARE HEREBY COMMANDED, to have the **body** of **Marvin Heldeman,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **17**th day of **June, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant on the date and time ordered.
S. Wyatt
Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: May 9, 2005.

Attest to True Copy
DAVID A. DIMARZIO
By

Re-Sentencing

*By* Ernest C Torres
***Ernest C. Torres, Chief Judge***
5/10/05